```
AMERICAN MEDICAL COLLECTION AGENCY
PO BOX 1235
ELMSFORD NY  10523


ARS NATIONAL SERVICES INC
PO BOX 463023
ESCONDIDO CA  92046


BANK OF OKLAHOMA
CARDMEMBER SERVICE
PO BOX 790408
ST. LOUIS MO  63179


BANK OF OKLAHOMA
PO BOX 35688
TULSA OK  74153


CHASE BANK
PO BOX 15298
WILMINGTON DE  19850


CITIBANK
PO BOX 6497
SIOUX FALLS SD  57117


COUNTRY LEISURE INC
3001 N SERVICE ROAD
MOORE OK  73160


DIAGNOSTIC LAB OF OKLAHOMA
1001 CORNWELL PARKWAY
OKLAHOMA CITY OK  73108


DILLARDS/SYNCHRONY BANK
PO BOX 960012
ORLANDO FL  32896
```

DISCOVER
PO BOX 30943
SALT LAKE CITY UT  84130


DISCOVER BANK
502 E MARKET STREET
GREENWOOD DE  19950


DISCOVER BANK
C/O STEPHEN L BRUCE & ASSOC
PO BOX 808
EDMOND OK  73083


ELAN FINANCIAL SERVICES
CARDMEMBER SERVICE
PO BOX 790408
ST. LOUIS MO  63179


EMSA
1111 CLASSEN DR
OKLAHOMA CITY OK  73013


GLOBAL CREDIT AND COLLECTION CORP
PO BOX 129
LINDEN MI  48451


MEDICREDIT
PO BOX 1629
MARYLAND HEIGHTS MO  63043


ST ANTHONY HOSPITAL
1000 N LEE
OKLAHOMA CITY OK  73102

```
THE MB&W BUILDING
26000 CANNON RD
CLEVELAND OH   44146


WORKS & LENTZ INC
3030 NW EXPRESSWAY SUITE 1300
OKLAHOMA CITY OK   73112-5436


YELLOW PAGES
ATTN:  PAYMENT CENTER
PO BOX 601141
PASADENA CA   91189
```